703 A.2d 460

**Theresa BOOTH, Petitioner,**

v.

**WORKERS' COMPENSATION APPEAL BOARD, (FAMILY DENTAL), Respondent.**

**No. 626 M.D. Allocatur Docket 1997.**

Supreme Court of Pennsylvania.

Dec. 2, 1997.

Theresa Booth, pro se.

## ORDER

AND NOW, this 2nd day of December, 1997, the above captioned matter is herewith non prossed for want of prosecution. Rule 3115, Pa.R.A.P.